**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.   06-cv-01885-REB-PAC

DELMART E.J.M. VREELAND, 2ND,

    Applicant,

v.

DAVID WEAVER, DOUGLAS COUNTY SHERIFF,

    Respondent.

**ORDER DENYING MOTION FOR RECONSIDERATION**

**Blackburn, J.**

The matter before me is plaintiff's **Motion to Proceed Pro Se and For Reconsideration of Petition For Writ of Habeas Corpus Persuant [sic] to 28 U.S.C. § 2241 Based Upon Additional Jurisdictional Facts and Law** [#3], filed November 3, 2006.  I deny the motion.

"Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.  Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law."  ***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted).  None of these conditions is met here.  The fact remains that plaintiff's complaint seeks relief that the federal courts have no jurisdiction to grant.

**THEREFORE, IT IS ORDERED** that plaintiff's **Motion to Proceed Pro Se and For Reconsideration of Petition For Writ of Habeas Corpus Persuant [sic] to 28 U.S.C. § 2241 Based Upon Additional Jurisdictional Facts and Law** [#3], filed November 3, 2006, is **DENIED**.

Dated November 8, 2006, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**